UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00236-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDUARDO MAGALLON-CARDENAS; and
2. CARLOS MARTINEZ-HERNANDEZ,

    Defendants.

_____

**ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Defendant Carlos Martinez-Hernandez's Motion to Appoint New Counsel, filed *pro se* on June 3, 2009 [#47], shall take place in conjunction with the Final Trial Preparation Conference set for **Monday, June 15, 2009, at 4:00 p.m.**

    Dated:  June 3, 2009