IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No.  08-cr-00236-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. CARLOS MARTINEZ-HERNANDEZ,

        Defendant.

---

## JUDGMENT OF ACQUITTAL

On June 25, 2009, the Defendant was found not guilty on counts one and two of the Indictment by a jury of twelve.  It is hereby

ORDERED that the Defendant is acquitted, discharged, and any bond which may have been posted is exonerated.

DATED at Denver, Colorado this 26th day of June, 2009.

FOR THE COURT:

APPROVED AS TO FORM:    GREGORY C. LANGHAM, CLERK

s/ Wiley Y. Daniel    s/ Edward P. Butler
WILEY Y. DANIEL,    Edward P. Butler,
CHIEF UNITED STATES DISTRICT JUDGE    Deputy Clerk